UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN BURNS, | : | |
|         Petitioner, | : | |
|     v. | : | No. 2:22-cv-00160 |
| | : | |
| JAIME SORBER, *et al.*, | : | |
|         Respondents. | : | |

**O R D E R**

**AND NOW**, this 18th day of July, 2023, after de novo review of Petitioner's petition for writ of habeas corpus, and upon consideration of the Report and Recommendation of Magistrate Judge Lynne A. Sitarski, and Petitioner's Objections, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 17, is **APPROVED** and **ADOPTED**;

2. The objections, ECF No. 20, to the Report and Recommendation are **OVERRULED**;[1]

3. The petition for habeas corpus, ECF No. 1, is **DENIED**;

4. There is no basis to issue a certificate of appealability; and

5. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] This Court is "not required to make any separate findings or conclusions when reviewing a Magistrate Judge's recommendation de novo under 28 U.S.C. § 636(b)." *Hill v. Barnacle*, 655 F. App'x 142, 147 (3d Cir. 2016).